

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

August 15, 1957

Hon. J. M. Falkner, Commissioner
Department of Banking
Capital National Bank Building
Austin, Texas

Opinion No. WW-228

Re: Does Article 881a-4, Vernon's
R.C.S., 1948, mean that the
certificate of authority to
do business should be issued
simultaneously with the ap-
proval of the charter and by-
laws?

Dear Mr. Falkner:

You have stated and asked the following:

"Article 881a-4, Vernon's R.C.S., 1948, reads as follows:

"'When the Banking Commissioner of Texas shall have
approved the organization certificate and the proposed by-
laws and shall have issued the certificate of such approval
and filing, it shall then issue a certificate of authority
to do business. . .'

"Does this Article in your opinion mean that the cer-
tificate of authority to do business should be issued si-
multaneously with the approval of the charter and by-laws?"

The approval of the charter and by-laws by the Commission is
made a condition precedent to the issuance of the certificate of authori-
ty. The issuance of the certificate of authority must necessarily follow
the approval of the charter and by-laws. The Banking Commissioner must
issue the certificate of authority as soon as practicable after he has
approved the charter and by-laws. The incorporators of a building and
loan association, after the Commissioner has approved the charter and
the by-laws, thereupon have the right to require the Banking Commission-
er to issue the certificate of authority.

You are therefore accordingly advised that the certificate of
authority to do business need not be issued "simultaneously" with the
approval of the charter and by-laws, but should be issued as soon as
practicable thereafter.

## SUMMARY

The Banking Commissioner is not required
to issue the certificate of authority to
do business of a building and loan asso-
ciation simultaneously with the approval
of the charter and by-laws but must do so
as soon as practicable thereafter.

Yours very truly,

WILL WILSON
Attorney General of Texas

By *Fred B. Werkenthin*

Fred B. Werkenthin
Assistant

FBW:lm

APPROVED:

OPINION COMMITTEE:

H. Grady Chandler, Chairman

J. W. Wheeler

Leonard Passmore

J. Mark McLaughlin

REVIEWED FOR THE ATTORNEY GENERAL
BY:
Geo. P. Blackburn